UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BETTY A. BOLYARD

        Plaintiff(s),

v.

HP ENTERPRISE SERVICES, LLC

        Defendant(s).
_____/

Case No. 2:16-CV-13979

Judge Victoria A. Roberts

Magistrate Judge David R. Grand

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, HP Enterprise Services, LLC n/k/a Enterprise Services LLC

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑     No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Hewlett Packard Enterprise Company ("HPE")
   Relationship with Named Party: HPE is the ultimate parent of Enterprise Services LLC.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐     No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: February 6, 2017

/s/Michael A. Chichester, Jr.

P70823
Littler Mendelson, P.C.
200 Renaissance Center
Suite 3110
Detroit, Michigan 48243
313.202.3254
mchichester@littler.com